INDEPENDENCE TRUST COMPANY ET AL. v. PORTER & BOYD, INC., ET AL.

(Filed 28 April, 1926.)

(For digest, see *S. c., ante,* 672.)

APPEAL by defendant, Massachusetts Bonding and Insurance Company, from *Shaw, J.,* at January Special Term, 1926, of MECKLENBURG.

Civil action to recover on a bond given by Porter & Boyd, Inc., road contractor, with the Massachusetts Bonding and Insurance Company as surety thereon, to insure the faithful performance of a road-building contract and to protect the claims of materialmen and laborers, the latter having assigned their claims to the plaintiffs.

From a judgment overruling a demurrer interposed by the Massachusetts Bonding and Insurance Company, the said defendant appeals.

*Stewart, McRae & Bobbitt for plaintiffs.*
*J. F. Flowers for defendant Bonding Company.*

STACY, C. J. The facts of this case are practically identical with those set out in the second cause of action in a suit between the same parties, this day decided, save and except the contract and bond, here in suit, apply to another section of road, to wit, Project No. 856; and, upon authority of the case just mentioned, the judgment overruling the demurrer in the present action must be approved.

Affirmed.